## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSE

Anthony Northover,
    Movant,

v.
                                                  Case No.: 11-cr-630 (KMK)
                                                  Case No.: 7:22-cv-08944-KMK

United States of America,
    Respondent.
_____/

## MOTION TO INFORM THE COURT THAT THE GOVERNMENT IS NOT ADHERING TO THE HONORABLE COURT'S DECEMBER 22, 2022 DEADLINE, FOR WHICH THE GOVERNMENT IS REQUIRED TO RESPOND

COMES NOW, Movant files this Motion, Pro-se. Movant is a layman of the law, is unskilled in the law, and therefore requests that this Motion will be construed liberally. **Haines v. Kerner**, 404 U.S. 519, 520 (1972).

Movant states the following reasons for this Motion:



RECEIVED
FEB 03 2023
U.S.D.C.
W.P.

The Government's deadline to respond to the Movant's § 2255 Motion is December 22, 2022. Movant's deadline to reply to the Government is on January 22, 2023. In reference to the Movant's § 2255, the Government is refusing to adhere to the Honorable Judge's December 22, 2022 deadline date. Therefore, the Movant cannot respond by January 22, 2023, because the Government is refusing to adhere to the December 22, 2022 deadline. This has deprived the Movant of being able to respond by his January 22, 2023 deadline. Consequently, the Movant is unable to respond.

The Movant is unable to respond to the Government, because the Government is not adhering to this Honorable Court's December 22, 2022 deadline. Therefore, Movant requests that this Honorable Court accept all of the Movant's claims as true, regarding his § 2255 Motion/Petition/Memorandum of Law.

**CONCLUSION**

Movant hopes and prays that this Motion will be accepted and granted for all of the reasons stated above.

Respectfully,

*Anthony Northover*
Anthony Northover #65607-054
FCC Coleman Medium, Unit A-I
P.O. Box 1032
Coleman, Florida 33521-1032

Date: 1/27/23

Motion is denied. The Government responded to the Petition on January 20, 2023 and argued that the Court lacked jurisdiction to consider the Petition, as it is a second or successive petition that requires leave of the Second Circuit to be filed. The Court ordered Petitioner to respond by 2/16/23. The Clerk is to mail a copy of this document to Mr. Northover.

So Ordered.

2/5/23

## CERTIFICATE OF SERVICE

I, Anthony Northover, duly swear under the penalty of perjury that I sent a true and correct copy of this Motion to the Clerk of Court for the Southern District of New York (White Plains Division). 28 U.S.C. § 1746.

Respectfully,

Anthony Northover #65607-054

Date: 1/21/23

Mail Box Rule
**Lack v. Houston,** 487 U.S. 266 (1988)

28 U.S.C. § 1746

3

ANTHONY NORTHOVER #65607-054, UNIT A-1
FEDERAL CORRECTIONAL COMPLEX COLEMAN MEDIUM
P.O. BOX 1032
COLEMAN, FLORIDA 33521-1032

TAMPA FL 335
SAINT PETERSBURG FL
30 JAN 2023 PM 5 L





CLERK OF COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4150

RECEIVED
FEB 03 2023
U.S.D.C.
W.P.

10601-415099