UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States of America,

    -against-

Anthony Northover,

    Defendant.

------------------------------------------------------x

ORDER

Docket No. 11 CR 00630 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Raoul Zaltzberg is to assume representation of the defendant in the above captioned matter as of April 3, 2025. Mr. Zaltzberg is appointed pursuant to the Criminal Justice Act. His address is Raoul Zaltzberg, Zaltzberg Law, 14 Wall Street, 20th Floor, New York, NY 10005, phone number 212-609-1344, Email: raoul@zaltzberglaw.com

Howard Tanner is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       April 7, 2025