# Raoul Zaltzberg, Esq.

Zaltzberg Law                     *Attorney at Law*                    O: (212) 609-1344
14 Wall Street, 20ᵗʰ Floor                                            F: (212) 609-1345
New York, New York 10005          **Raoul@ZaltzbergLaw.com**          P: (917) 244-4322

_____

May 8, 2025

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *United States v. Anthony Northover*
       *11 Cr. 630 (KMK)*
       *Letter Motion for Adjournment of VOSR Conference*

Dear Hon. Judge Karas,

As the Court knows, I am appointed by CJA to represent Mr. Northover, in the above Violation of Supervised Release. The matter is scheduled for a status conference on May 14, 2025, at 11:30 am. The instant VOSR Petition is based upon the facts alleged in the defendant's pending federal criminal case in SDNY Manhattan, 25 Cr. 087. That matter, which was scheduled for Arraignment was just adjourned from May 9, 2025, to June 13, 2025 as the Court had a scheduling issues.

In speaking with PO Riley and AUSA Brooke, who do not object, we thought it maybe prudent to adjourn this matter out 90 days so that the Defense can first deal with the June 13, 2025, appearance and have a better picture of where we would then be with the pending VOSR. Mr. Northover is currently detained on the SDNY case and therefore an adjournment in this matter would not impact him. As such, I am writing, on consent of the Government and Probation, to adjourn this matter 90 days.

Thank you in advance, Your Honor, for your time and consideration of this matter.

*Granted. The conference will go forward on August 4ᵗʰ at 11:30 AM*

Sincerely,

/s/
_____
Raoul Zaltzberg, Esq.

C.c/ AUSA Justin Brooke and PO Larren Riley by electronic mail

**SO ORDERED:**

HON. KENNETH M. KARAS U.S.D.J.
5/9/2025