**Crowell**

---

**Kelly T. Currie**
KCurrie@crowell.com
(212) 895-4257 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

June 12, 2026

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building & U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

           **Re:**    **United States v. Anthony Northover, 7:11-CR-630-KMK-30**

Dear Judge Karas:

This letter is respectfully submitted to seek an order authorizing the United States Probation Office to release Anthony Northover's 2014 Presentence Report (PSR), prepared and filed in this matter, to his defense counsel. On June 5, 2026, Mr. Northover appeared in the Southern District of New York before Magistrate Judge Gary Stein (**1:25-CR-00087-VM**) and pleaded guilty to one count of unlawful possession of a firearm.

Access to the 2014 PSR will allow Mr. Northover and his counsel to adequately prepare for his upcoming sentencing proceedings. Given multiple changes in appointed counsel since 2014, undersigned counsel does not possess a copy of the 2014 PSR.

We have conferred with the U.S. Probation Officer Specialist in the Manhattan case (Stephanie McMahon), who does not object to this authorization.

Granted.

So Ordered.

6/15/26

Respectfully submitted,

/s/ Kelly T. Currie
Kelly T. Currie
Glen G. McGorty

Cc: Assistant United States Attorney Justin L. Brooke;
Larren Riley, U.S. Probation (by email)
Assistant United States Attorney Rebecca Dell (by email);
Assistant United States Attorney Dana McCann (by email);
Stephanie McMahon, U.S. Probation (by email)